# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
April 21, 2020

| | | |
|---|---|---|
| **DEBORAH GARNER,** | ) | CASE NO. 1:20-cv-00095 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| **TRAVELCENTERS OF AMERICA, INC.** | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Deborah Garner and Defendant TravelCenters of America, Inc. stipulate to the dismissal of this Action in its entirety, with prejudice, with each party to bear her and/or its own costs and fees.

Respectfully submitted,

/s/ *Shannon M. Draher*
Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
NILES DRAHER LLC
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Email: sdraher@ohlaborlaw.com
hans@ohlaborlaw.com

*Counsel for Plaintiff*

/s/ *Ryan J. Morley*
Ryan J. Morley (00774520)
LITTLER MENDELSON PC
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
Telephone: (216) 696-7600
Email: rmorley@littler.com

*Counsel for Defendant*